# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| Rohaime Jamar Hopkins, | ) | Case No 1:16-cv-1132-RMG |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **ORDER AND OPINION** |
| Richard Johnson and Natasha Merrell, | ) | |
| Defendants. | ) | |

Rohaime Jamar Hopkins ("Plaintiff"), proceeding *pro se* and *informa pauperis*, filed this action alleging violations of his constitutional rights during his incarceration at the Charleston County Detention Center. Plaintiff has asserted claims against South Carolina Law Enforcement Division Agents Richard Johnson and Natasha Merrell ("Defendants"). (Dkt. No. 1.) This matter is before the Court on the Report and Recommendation ("R. & R.") of the Magistrate Judge to grant Defendants' motion to dismiss. (Dkt. No. 22.)

The Magistrate mailed the R. & R. to Plaintiff on February 27, 2017. (Dkt. No. 37.) On March 10, 2017, this Court granted Plaintiff's motion for an extension of time to file objections to the R. & R., setting the new deadline for objections to April 10, 2017. (Dkt. No. 39.) Under Federal Rule of Civil Procedure 6, Plaintiff had an additional three days (until April 13, 2017) to file his objections to the R. & R because it was served by mail. As of April 14, 2017, no objections to the R. & R. have been filed.

While this Court will conduct a *de novo* review of any portion of the R. & R. to which a specific objection is made, it appears Congress did not intend for the district court to review the factual and legal conclusions of the Magistrate absent objection by any party. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985).

-1-

This Court's review of the record indicates that the R. & R. accurately analyzes the facts of this case and the applicable law. Accordingly, this Court adopts the Magistrate's R. & R. as the Order of this Court. Defendants' motion to dismiss is **GRANTED.**

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

April 12, 2017
Charleston, South Carolina